IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOES 1-100, INDIVIDUAL PERSONS,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL PARK SERVICE,<br><br>    Defendant. | Case No.  24-cv-09009-MMC<br><br>**ORDER RELATING CASES** |

    A Motion to Relate has been filed, requesting a determination as to whether the following cases are related within the meaning of Civil L.R. 3-12:

**C 24-09009-MMC   DOES 1-100 v. National Park Service**
**C 25-01115-LJC   DOES 1-150 v. United States Department of Interior et al.**

On the basis of the material submitted to the Court,[1] as the Judge assigned to the earliest filed case, I find that the cases:

        [   ] **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

        [ X ] **ARE RELATED** as defined by Civil L.R. 3-12(a).

    Pursuant to Civil L.R. 3-12(f)(3), the Clerk of Court is ordered to reassign the later-filed action to the undersigned. The parties are instructed that all future filings in the later-filed action are to bear the initials MMC immediately after the case number. Any case management conference in the reassigned case will be rescheduled by the Court.  Any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearances in court, which will be rescheduled by the undersigned.

    **IT IS SO ORDERED.**

Dated: February 13, 2025

                                                    MAXINE M. CHESNEY
                                                    United States District Judge

---

[1] DOES 1-150's Request for Judicial Notice in Support of Plaintiffs' Opposition to Defendant's Motion to Relate is hereby GRANTED, and defendant's Motion for Leave to File a Reply in Support of NPS's Motion to Relate is hereby DENIED as moot.