LISA RUSSELL, Deputy Assistant Attorney General
U.S. DEPARMENT OF JUSTICE
Environment and Natural Resources Division

J. SCOTT THOMAS (VA Bar 86439)
Trial Attorney
Natural Resources Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 514-3553
Facsimile: (202) 305-0506
jeffrey.thomas2@usdoj.gov

DAVID W. GEHLERT, Trial Attorney
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO  80202
(303) 844-1386
david.gehlert@usdoj.gov

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOES 1 – 150, Individual Persons<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONAL PARK SERVICE, a federal agency, et al.,<br><br>    Defendants, | Case No. 3:25-CV-1115<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED REQUEST FOR CHANGING TIME** |

  Federal Defendants' have moved to extend their deadline to respond to Plaintiffs' motion to use pseudonyms, ECF No. 6, by seven days.  Plaintiffs stipulated to this request to change time.

  For good cause shown, the Court **GRANTS** Defendants' motion and extends the deadline to respond to Plaintiffs' motion to use pseudonyms to **February 26, 2025**.

Dated: February 19, 2025.

_____
**Maxine M. Chesney**
**United States District Judge**