LISA RUSSELL, Deputy Assistant Attorney General
U.S. DEPARMENT OF JUSTICE
Environment and Natural Resources Division

J. SCOTT THOMAS (VA Bar 86439)
Trial Attorney
Natural Resources Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 514-3553
Facsimile: (202) 305-0506
jeffrey.thomas2@usdoj.gov

DAVID W. GEHLERT, Trial Attorney
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
(303) 844-1386
david.gehlert@usdoj.gov

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOES 1 – 150, Individual Persons<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL PARK SERVICE, a federal agency, et al.,<br><br>Defendants, | Case No. 3:24-CV-1115<br><br>**FEDERAL DEFENDANTS' POSITION ON PLAINTIFFS' MOTION TO USE PSEUDONYMS** |

Plaintiffs have filed a motion to use pseudonyms. ECF No. 6. Federal Defendants take no position on Plaintiffs' motion at this stage of the litigation. However, Federal Defendants reserve the right through either discovery or motions practice to require Plaintiffs to reveal their names, the names of the ranches they reside on, and any other information pertinent to their claims whether

publicly or under seal. This request is consistent with Ninth Circuit law, which provides that any parties' ability to proceed anonymously will be continually reassessed as the litigation continues. *See*, *e.g.*, *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1069 (9th Cir. 2000); *Doe v. Texaco, Inc.*, No. C06-02820 WHA,2006 WL 2850035, at*34 (N.D. Cal. Oct. 5, 2006). Federal Defendants foresee the need to learn Plaintiffs' identities before filing summary judgment motions, if not before then.[1]

Dated: February 24, 2025.

Respectfully submitted,

LISA RUSSELL
Deputy Assistant Attorney General
U.S. DEPARMENT OF JUSTICE
Environment and Natural Resources Division

/s/ *J. Scott Thomas*

J. SCOTT THOMAS (VA Bar 86439)
Trial Attorney
Natural Resources Section

David W. Gehlert (CO Bar # 21852)
Trial Attorney
Natural Resources Section

*Attorneys for Federal Defendants*

---

[1] For example, Plaintiffs are claiming that Federal Defendants have failed to accord them due process. To defend against these due process claims, Federal Defendants will need to know the identities of the individuals claiming a due process violation. It is impossible to defend against a due process claim in a factual vacuum. *Pavel v. Univ. of Oregon*, No. 6:16-CV-00819-AA, 2017 WL 1827706, at *10 (D. Or. May 3, 2017), aff'd, 774 F. App'x 1022 (9th Cir. 2019) ("Procedural due process requires a fact-specific and mercurial inquiry."); *James v. City & Cnty. of Honolulu*, 125 F. Supp. 3d 1080, 1094 (D. Haw. 2015) ("[D]etermination of what process is due is a fact-specific inquiry."). Many of Plaintiffs other claims, including their housing discrimination claims, will also require Federal Defendants to learn Plaintiffs' true identities to mount a defense.

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2025, I electronically filed the foregoing **FEDERAL DEFENDANTS' POSITION ON PLAINTIFFS' MOTION TO USE PSEUDONYMS** with the Clerk of Court using the ECF system, which will automatically send email notification to the attorneys of record.

*/s/ J. Scott Thomas*
J. SCOTT THOMAS