IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE 1-150 INDIVIDUAL PERSONS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATE DEPARTMENT OF INTERIOR, et al.,<br><br>Defendants. | Case No. 25-cv-01115-MMC<br><br>**ORDER RELATING CASES** |

An Order of Referral has been filed, requesting a determination as to whether the following cases are related within the meaning of Civil L.R. 3-12:

**C 25-01115-MMC DOES 1-150 v. United States Department of Interior et al.**
**C 25-1976-RS Niman et al. v. Burgum et al.**

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[   ] ARE NOT RELATED as defined by Civil L.R. 3-12(a).
[ X ] ARE RELATED as defined by Civil L.R. 3-12(a).

Pursuant to Civil L.R. 3-12(f)(3), the Clerk of Court is ordered to reassign the later-filed action to the undersigned. The parties are instructed that all future filings in the later-filed action are to bear the initials MMC immediately after the case number. Any case management conference in the reassigned case will be rescheduled by the Court. Any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearances in court, which will be rescheduled by the undersigned.

**IT IS SO ORDERED.**

Dated: March 18, 2025

MAXINE M. CHESNEY
United States District Judge