Thomas M. Donnelly (State Bar No. 136546)
tmdonnelly@jonesday.com
Jetta E. Cook (State Bar No. 348132)
jettacook@jonesday.com
Owen C. McAleer (State Bar No. 359242)
omcaleer@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:   +1.415.626.3939
Facsimile:    +1.415.875.5700

Attorneys for Defendant
THE NATURE CONSERVANCY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Does 1-150, Individual Persons,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR ("INTERIOR"), a federal agency; DOUG BURGUM, Secretary of the Interior; NATIONAL PARK SERVICE, a federal agency; JESSICA BOWRON, Acting Director of the National Park Service; DAVID SZYMANSKI, Regional Director, Pacific West Region; THE NATURE CONSERVANCY, a District of Columbia nonprofit corporation,<br><br>Defendants. | Case No. 3:25-cv-01115-MMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR THE NATURE CONSERVANCY TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:  February 3, 2025<br><br>Trial Date:  None set.<br><br>Judge:   Hon. Maxine M. Chesney |

WHEREAS, Plaintiffs DOES 1-150 served Defendant The Nature Conservancy with their Summons and Complaint on March 14, 2025; and

WHEREAS, The Nature Conservancy's response to the Complaint is due no later than April 4, 2025; and

WHEREAS, The Nature Conservancy has requested and Plaintiffs have agreed to an extension of twenty-eight (28) days beyond April 4, 2025, for The Nature Conservancy to respond to the Complaint.

NOW THEREFORE, Plaintiffs and The Nature Conservancy stipulate to and respectfully request that the Court enter an Order granting The Nature Conservancy up to and including May 2, 2025, to file its response to the Complaint.

**IT IS SO STIPULATED.**

Dated: March 19, 2025

HANSON BRIDGETT, LLP

By: /s/ *Andrew G. Giacomini*
Andrew G. Giacomini

Attorneys for Plaintiffs
DOES 1-150

Dated: March 19, 2025

JONES DAY

By: */s/ Thomas M. Donnelly*
Thomas M. Donnelly

Attorneys for Defendant
THE NATURE CONSERVANCY

**FILER'S ATTESTATION**

I, Thomas M. Donnelly, am the ECF User whose ID and password are being used to file this Joint Stipulation and [Proposed] Order to Extend Time for Defendant The Nature Conservancy to Respond to the Complaint. In compliance with Local Rule 5.1., I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 19, 2025                         JONES DAY

                                              By:/s/ *Thomas M. Donnelly*
                                                 Thomas M. Donnelly

**[PROPOSED] ORDER**

Having considered the parties' Stipulation to Extend Time for The Nature Conservancy to Respond to Complaint, filed with this Court on March 19, 2025, and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

The Nature Conservancy shall have a 28-day extension to respond to the Complaint in this action, making The Nature Conservancy's response to the Complaint due no later than **May 2, 2025**.

Dated: March  19 , 2025

HON. MAXINE M. CHESNEY
U.S. District Court Judge