UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Does 1-150, <br> Plaintiff(s), <br> v. <br> U.S. Dep't of the Interior et al., <br> Defendant(s). | Case No. 3:25-cv-01115 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Andrew R. Missel, an active member in good standing of the bar of the State of Oregon, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Intervenors CBD, RRI, & WWP in the above-entitled action. My local co-counsel in this case is Brian Segee, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: # 200795.

| | |
|---|---|
| 3701 SE Milwaukie Ave., Ste. B <br> Portland, OR 97202 | 226 W. Ojai Ave., Ste. 101-442 <br> Ojai, CA 93023 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (323) 383-8674 | (805) 750-8852 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| amissel@advocateswest.org | bsegee@biologicaldiversity.org |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: OR # 181793.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/29/2025

Andrew R. Missel
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Andrew R. Missel is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 2, 2025

*Maxine M. Chesney*
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



# Certificate of Good Standing

State of Oregon          )
                         )  ss.
County of Washington     )

I, Sarra Yamin, do hereby certify that I am Regulatory Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

**ANDREW ROYCE MISSEL, BAR NO. 181793**

was admitted to practice law in the State of Oregon by Examination and became an Active member of the Oregon State Bar on May 21, 2018.

There are no grievances or disciplinary proceedings presently pending against this member.

No disciplinary action has been taken against this member in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Mr. Missel is an Active member of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 30th day of April 2025.

_____
Sarra Yamin
Regulatory Counsel
Oregon State Bar

*This certificate expires 60 days from the date of issuance*