Thomas M. Donnelly (State Bar No. 136546)
tmdonnelly@jonesday.com
Jetta E. Cook (State Bar No. 348132)
jettacook@jonesday.com
Owen C. McAleer (State Bar No. 359242)
omcaleer@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:    +1.415.626.3939
Facsimile:    +1.415.875.5700

Attorneys for Defendant
THE NATURE CONSERVANCY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Does 1-150, Individual Persons,<br><br>     Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR ("INTERIOR"), a federal agency; DOUG BURGUM, Secretary of the Interior; NATIONAL PARK SERVICE, a federal agency; JESSICA BOWRON, Acting Director of the National Park Service; DAVID SZYMANSKI, Regional Director, Pacific West Region; THE NATURE CONSERVANCY, a District of Columbia nonprofit corporation,<br><br>     Defendants. | Case No. 3:25-cv-01115-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON PENDING MOTIONS TO DISMISS AND TO STAY DISCOVERY**<br><br>Complaint Filed:  February 3, 2025<br><br>Trial Date:  None set.<br><br>Judge:   Hon. Maxine M. Chesney |

1

**STIPULATION**

2       Federal Defendants and The Nature Conservancy have filed motions to dismiss Plaintiffs'

3   Complaint and to stay discovery until the Court rules on the motions to dismiss.  ECF Nos. 36, 44,

4   45, and 46.  At the Case Management Conference on May 9, 2025, the Court scheduled these four

5   motions for hearing on August 1, 2025, and directed the parties to negotiate and file a briefing

6   schedule.

7       The parties have met and conferred and have agreed to the following briefing schedule:

8       • Plaintiffs' opposition to the pending motions to dismiss and stay shall be filed on

9          or before **June 20, 2025**; and

10      • Defendants' replies shall be filed on or before **July 18, 2025**.

11

12      **IT IS SO STIPULATED.**

13  Dated: May 13, 2025                    HANSON BRIDGETT, LLP

14                                         By:/s/ *Christopher D. Jensen*
15                                            Christopher D. Jensen

16                                         Attorneys for Plaintiffs
                                           DOES 1-150
17

18  Dated: May 13, 2025                    JONES DAY

19                                         By:/s/ *Thomas M. Donnelly*
20                                            Thomas M. Donnelly

21                                         Attorneys for Defendant
                                           THE NATURE CONSERVANCY
22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON PENDING MOTIONS TO
DISMISS AND TO STAY DISCOVERY - Case No. 3:25-cv-01115-MMC

1  Dated: May 13, 2025                    U.S. DEPARTMENT OF JUSTICE

2                                         Adam R.F. Gustafson
                                          Acting Assistant Attorney General
3                                         Environment and Natural Resources Division

4                                         By:  /s/ *J. Scott Thomas*
                                          J. Scott Thomas (VA Bar 86439)
5                                         Trial Attorney
                                          Natural Resources Section
6                                         United States Department of Justice
                                          P.O. Box 7611
7                                         Washington, D.C. 20044-7611
                                          Telephone: (202) 514-3553
8                                         jeffrey.thomas2@usdoj.gov

9                                         David W. Gehlert (CO Bar # 21852)
                                          Trial Attorney
10                                        Natural Resources Section
                                          999 18th Street, South Terrace, Suite 370
11                                        Denver, CO  80202
                                          Telephone: (303) 844-1386
12                                        david.gehlert@usdoj.gov

13                                        Attorneys for
                                          FEDERAL DEFENDANTS

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON PENDING MOTIONS TO
DISMISS AND TO STAY DISCOVERY - Case No. 3:25-cv-01115-MMC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FILER'S ATTESTATION**

I, Thomas M. Donnelly, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Setting Briefing Schedule on pending Motions to Dismiss and to Stay Discovery.  In compliance with Local Rule 5.1., I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 13, 2025

JONES DAY

By:*/s/ Thomas M. Donnelly*
Thomas M. Donnelly

-4-

1

**[PROPOSED] ORDER**

2      Having considered the parties' Stipulation and [Proposed] Order Setting Briefing Schedule

3 on pending Motions to Dismiss and to Stay Discovery, filed with this Court on May 13, 2025, and

4 good cause appearing therefor,

5      **IT IS SO ORDERED.**

6 Dated: May _13_, 2025

7

8                                    _____
                                     HON. MAXINE M. CHESNEY

9                                    U.S. District Court Judge

NAI-5000904316v1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-5-
STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON PENDING MOTIONS TO DISMISS AND TO STAY DISCOVERY - Case No. 3:25-cv-01115-MMC