HANSON BRIDGETT LLP
ANDREW G. GIACOMINI, SBN 154377
agiacomini@hansonbridgett.com
ALENE M. TABER, SBN 218554
ataber@hansonbridgett.com
CHRISTOPHER D. JENSEN, SBN 235108
cjensen@hansonbridgett.com
PATRICK BURNS, SBN 300219
pburns@hansonbridgett.com
BIANCA A. VELEZ, SBN 339795
Bvelez@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for
DOES 1-150, Individual Persons

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DOES 1-150, Individual Persons,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, a federal agency; DOUG BURGUM, Secretary of the Interior; NATIONAL PARK SERVICE, a federal agency; JESSICA BOWRON, Acting Director the National Park Service; DAVID SZYMANSKI, Regional Director, Pacific West Region; and THE NATURE CONSERVANCY a District of Columbia nonprofit corporation,<br><br>Defendants,<br><br>RESOURCE RENEWAL INSTITUTE; CENTER FOR BIOLOGICAL DIVERSITY; and WESTERN WATERSHEDS PROJECT,<br><br>Intervenor-Defendants. | Case No. 3:25-cv-01115-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE RE INTERVENORS' MOTION TO DISMISS**<br><br>*Filed concurrently with [Proposed] Order*<br><br>Judge:   Maxine M. Chesney |

WHEREAS, on May 13, 2025, the Court entered an order setting a briefing schedule for Defendants' motions to dismiss (ECF No. 52);

WHEREAS, on June 2, 2025, Intervenors Resource Renewal Institute, Center for Biological Diversity, and Western Watersheds Project (collectively, "Intervenors") filed a "Partial Motion to Dismiss and Memorandum in Support" (ECF 68) and noted the Motion for hearing on August 1, 2025, which is the same day as the hearing for Defendants' motions to dismiss;

WHEREAS, in light of the similarity of the issues raised by the Intervenors' motion to dismiss and the motions to dismiss filed by Defendants, the parties agree that the interests of judicial economy and fairness to all parties would be served by addressing those arguments simultaneously.

NOW, THEREFORE, Plaintiffs DOES 1-150 ("Plaintiffs"); Defendants UNITED STATES DEPARTMENT OF INTERIOR, NATIONAL PARK SERVICE, THE NATURE CONSERVANCY, JESSICA BOWRON, DOUG BURGUM, and DAVID SZYMANSKI; and Intervenors RESOURCE RENEWAL INSTITUTE, CENTER FOR BIOLOGICAL DIVERSITY, and WESTERN WATERSHEDS PROJECT, through their undersigned counsel, hereby stipulate as follows:

1. Plaintiffs' opposition to Intervenors' motion to dismiss shall be filed on or before **June 20, 2025**; and

2. Intervenors' reply shall be filed on or before **July 18, 2025**.

DATED:  June 5, 2025

HANSON BRIDGETT LLP

By: /s/Christopher D. Jensen
Andrew G. Giacomini
Alene M. Taber
Christopher D. Jensen
Patrick Burns
Bianca A. Velez

Attorneys for Plaintiffs Does 1-150

|    |    |    |
|----|----|----|
| 4  | By: | /s/David W. Gehlert |
| 5  |    | Adam R.F. Gustafson<br>Acting Assistant Attorney General<br>U.S. DEPARMENT OF JUSTICE |
| 6  |    | Environment and Natural Resources Division<br>David W. Gelhart |
| 7  |    | Natural Resources Section<br>999 18th Street, North Terrace, Suite 600 |
| 8  |    | Denver, CO  80202<br>(303) 844-1386 |
| 9  |    | david.gehlert@usdoj.gov |
| 10 |    | Attorneys for Defendants United States Department of Interior, Doug Burgum, National Park Service, Jessica Bowron, and David Szymanski |
| 13 | By: | /s/Thomas M. Donnelly |
| 14 |    | Thomas M. Donnelly<br>JONES DAY<br>555 California Street, 26th Floor |
| 15 |    | San Francisco, California 94104<br>(415) 875-5880 |
| 16 |    | tmdonnelly@jonesday.com |
| 17 |    | Attorneys for Defendant The Nature Conservancy |
| 18 | By: | /s/Elizabeth H. Potter |
| 19 |    | Elizabeth Potter pro hac vice<br>Andrew Missel pro hac vice<br>Advocates for the West |
| 20 |    | P.O. Box 1682<br>Bend, OR 97709 |
| 21 |    | Phone: (503) 954-2721<br>epotter@advocateswest.org |
| 22 |    | amissel@advocateswest.org |
| 23 |    | Brian Segee (CA Bar No. 200795)<br>Center for Biological Diversity |
| 24 |    | 226 W. Ojai Ave., Ste. 101-442<br>Ojai, CA 93023-3278 |
| 25 |    | Phone: (805) 750-8852<br>bsegee@biologicaldiversity.org |
| 27 |    | Attorneys for Defendant-Intervenors Center for Biological Diversity, Resource Renewal Institute, and Western Watersheds Project |

**FILER'S ATTESTATION**

I, Bianca Velez, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Setting Briefing Schedule on Intervenors' Motion to Dismiss. In compliance with Local Rule 5.1., I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: June 5, 2025                         HANSON BRIDGETT LLP

By: /s/Bianca A. Velez
    BIANCA A. VELEZ

**[PROPOSED] ORDER**

Having considered the parties' Stipulation ~~and [Proposed] Order Setting Briefing Schedule Re Intervenors' Motion to Dismiss,~~ and good cause appearing therefor,

IT IS SO ORDERED.

DATED: June  6 , 2025

_____
HON. MAXINE M. CHESNEY
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5 day of June, 2025, I electronically filed the foregoing **STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE RE INTERVENORS' MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system.

/s/Bianca A. Velez
Bianca A. Velez
Attorneys for DOES 1-150, Individual Persons