IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE 1-150 INDIVIDUAL PERSONS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATE DEPARTMENT OF INTERIOR, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-01115-MMC<br><br>**ORDER VACATING HEARING ON DEFENDANTS' MOTIONS TO DISMISS AND MOTIONS TO STAY DISCOVERY** |

Before the Court are defendants' motions to dismiss and motions to stay discovery. Plaintiffs have filed opposition, to which defendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for August 1, 2025.

**IT IS SO ORDERED.**

Dated: July 28, 2025

　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge