1  Elizabeth Potter *pro hac vice*
   Andrew Missel *pro hac vice*
2  Advocates for the West
   P.O. Box 1682
3  Bend, OR 97709
4  Phone: (503) 954-2721
   epotter@advocateswest.org
5  amissel@advocateswest.org

6  Brian Segee (CA Bar No. 200795)
   Center for Biological Diversity
7  226 W. Ojai Ave., Ste. 101-442
   Ojai, CA 93023-3278
8  Phone: (805) 750-8852
9  bsegee@biologicaldiversity.org

10 *Attorneys for Defendant-Intervenors*
   The Center for Biological Diversity, Resource
11 Renewal Institute, and Western Watersheds Project

**DENIED***

[Signature: Maxine M. Chesney]
Judge Maxine M. Chesney

Dated: July 28, 2025

*As the motions to dismiss have been taken under submission, the instant motion is denied as moot.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOES 1-150, Individual Persons<br><br>      Plaintiffs,<br>  v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, a federal agency; DOUG BURGUM, Secretary of the Interior; NATIONAL PARK SERVICE, a federal agency; JESSICA BOWRON, Acting Director of the National Park Service; DAVID SZYMANSKI, Regional Director, Pacific West Region; THE NATURE CONSERVANCY, a District of Columbia nonprofit corporation;<br><br>      Defendants;<br><br>RESOURCE RENEWAL INSTITUTE, CENTER FOR BIOLOGICAL DIVERSITY, and WESTERN WATERSHEDS PROJECT;<br><br>      Defendant-Intervenors. | Case No. 3:25-cv-01115-MMC<br><br>**ADMINISTRATIVE MOTION FOR REMOTE APPEARANCE RE: HEARING ON MOTIONS TO DISMISS**<br><br>Hearing: August 1, 2025<br>Time: 9:00 am<br>Court: Courtroom 7, 19th Floor<br>Judge: Hon. Maxine M. Chesney |

1       I, Elizabeth Potter, lead counsel for Defendant-Intervenors Resource Renewal Institute, Center for Biological Diversity, and Western Watersheds Project ("Conservation Groups"), respectfully request to appear at the above-referenced hearing through the Court's public Zoom link. Due to personal issues, including the recent hospitalization and death of my mother, I have been out of the office for much of July and am now unavailable to plan travel from Oregon, where my home and office are located, to California for the hearing on August 1, 2025. My co-counsel are unavailable to travel and attend in my place.

      Counsel deeply regrets this development and understands that the Court requires in-person appearances for hearings on contested motions. However, this request should not unduly burden the Court and the parties. The hearing on the Motions to Dismiss will involve numerous complex issues that are being litigated by the other parties—Plaintiffs, Federal Defendants, and Defendant The Nature Conservancy. Defendant-Intervenors did not take a position on those numerous issues and instead filed a very short Partial Motion to Dismiss only one of Plaintiffs' six claims, to which Plaintiffs responded in a mere four sentences. *See* ECF No. 75. As a result, further argument on their Motion should not be needed, particularly in light of the substantial time that will be needed to address the parties' numerous other contentious issues, unless, of course, the Court has specific questions for counsel.

DATED: July 25, 2025        Respectfully submitted,

<u>s/Elizabeth H. Potter</u>
Elizabeth Potter *pro hac vice*
Advocates for the West
P.O. Box 1682
Bend, OR 97709
Phone: (503) 954-2721
epotter@advocateswest.org

*Attorney for Defendant-Intervenors*
*Center for Biological Diversity, Resource Renewal*
*Institute, and Western Watersheds Project*

ADMINISTRATIVE MOTION FOR REMOTE APPEARANCE
CASE NO. 3:25-CV-01115-MMC      1