IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE 1-150 INDIVIDUAL PERSONS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATE DEPARTMENT OF INTERIOR, et al.,<br><br>Defendants. | Case No. 25-cv-01115-MMC<br><br>**ORDER SETTING HEARING ON MOTIONS TO DISMISS** |

Currently pending before the Court are (1) "Federal Defendants' Motion to Dismiss," filed May 1, 2025, (2) "The Nature Conservancy's Motion to Dismiss," filed May 2, 2025, and (3) "Resource Renewal Institute, Center for Biological Diversity, and Western Watersheds Project's Partial Motion to Dismiss," filed June 2, 2025. Although by prior order the Court vacated the hearing scheduled thereon, deeming the matters "appropriate for determination on the parties' respective written submissions" (see Doc. No. 81), the Court now finds it would be helpful to have counsel appear and to discuss various questions that remain unresolved by the briefing.

Accordingly, a hearing on the above-referenced motions is hereby SET for February 13, 2026, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: January 9, 2026

MAXINE M. CHESNEY
United States District Judge