IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOE 1-150 INDIVIDUAL PERSONS,<br>　　　　　Plaintiff,<br>　v.<br>UNITED STATES DEPARTMENT OF INTERIOR, et al.,<br>　　　　　Defendants. | Case No. 25-cv-01115-MMC<br><br>**ORDER GRANTING MOTIONS TO DISMISS; AFFORDING LEAVE TO AMEND** |

Before the Court are the following motions: (1) "Federal Defendants' Motion to Dismiss,"[1] filed May 1, 2025; (2) "The Nature Conservancy's ["TNC"] Motion to Dismiss," filed May 2, 2025; and (3) "Resource Renewal Institute, Center for Biological Diversity, and Western Watershed Project's [collectively, "Intervenors"] Partial Motion to Dismiss," filed June 2, 2025.[2] Plaintiffs have filed opposition to the motions to dismiss, to which Federal Defendants, TNC, and Intervenors have replied.

The matters came on regularly for hearing on January 23, 2026. Patrick Burns of Hanson Bridgett LLP appeared on behalf of plaintiffs. David W. Gehlert of the United States Department of Justice appeared on behalf of Federal Defendants. Thomas M. Donnelly of TM Donnelly Law appeared on behalf of TNC. Elizabeth H. Potter of Advocates for the West appeared on behalf of Intervenors.

---

[1] Federal Defendants are United States Department of Interior, Doug Burgum, Secretary of the Interior, the National Park Service, Jessica Bowron, Acting Director of the National Park Service, and David Szymanski, Regional Director, Pacific West Region.

[2] The Court also addressed Federal Defendants' and TNC's unopposed motions to stay discovery and, for the reasons stated on the record at the hearing, granted both motions.

1   Having considered the parties' respective written submissions and the arguments
2   of counsel at the hearing, the Court, for the reasons stated in detail on the record at the
3   hearing, hereby GRANTS the motions, and plaintiffs' Complaint is hereby DISMISSED
4   with leave to amend.  Plaintiffs' First Amended Complaint shall be filed no later than
5   March 13, 2026.

**IT IS SO ORDERED.**

Dated: January 23, 2026

_____
MAXINE M. CHESNEY
United States District Judge