# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
### Northern District of California

### CIVIL MINUTES

**Date:** January 23, 2026        **Time:** 2:05 – 3:27        **Judge:** MAXINE M. CHESNEY

**Case No.:** 25-cv-01115-MMC     **Case Name:** Individual Persons v. United State Department of Interior et al

**Attorney for Plaintiff:** Patrick Burns
**Attorney for Federal Defendants:** David Gehlert
**Attorney for Defendant Nature Conservancy:** Thomas Donnelly, Jetta Cook
**Attorney for Intervenor-Defendant Center for Biological Diversity:** Elizabeth Potter

**Deputy Clerk:** Tracy Geiger                    **Court Reporter:** Marla Knox

### PROCEEDINGS

Federal Defendants' Motion to Stay Discovery (Dkt. No. 44) - Granted.

The Nature Conservancy's Motion for Temporary Stay of Discovery (Dkt. No. 46) - Granted.

Federal Defendants' Motion to Dismiss (Dkt. No. 36)

The Nature Conservancy's Motion to Dismiss (Dkt. No. 45)

Defendant-Intervenor Center of Biological Diversity's Partial Motion to Dismiss (Dkt. No. 68) .

Oral argument presented.  For the reasons stated on the record, all Motions to Dismiss are granted, with leave to amend.

First Amended Complaint to be filed by March 13, 2026.

Defendants' response to First Amended Complaint due 30 days from filing of FAC.

If response if motion to dismiss, Plaintiff's opposition to be filed 28 days thereafter; Defendants' reply to be filed 14 days after Plaintiff's opposition is filed.

**Order to be prepared by:**
( )     Plaintiff              ( )     Defendant              (X)     Court