IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOES 1-150, INDIVIDUAL PERSONS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, et al.,<br><br>Defendants. | Case No.  25-cv-01115-MMC<br><br>**ORDER DIRECTING FEDERAL DEFENDANTS TO SUBMIT COURTESY COPY IN COMPLIANCE WITH COURT'S STANDING ORDERS** |

On April 13, 2026, Federal Defendants[1] electronically filed their "Motion to Dismiss Amended Complaint." To date, Federal Defendants have not submitted a courtesy copy of said document.

Pursuant to this Court's Standing Orders, "[c]ourtesy copies of filed documents shall be mailed via first class mail to the Clerk's Office on the same date the documents are filed, unless the filing is in connection with a hearing to be held within 7 days of the filing, in which case courtesy copies shall be delivered to the Clerk's Office no later than noon on the court date following the filing." See Standing Orders for Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.  Additionally, courtesy copies "shall be submitted in single-sided format" and "[a]ny attached exhibits shall be separated by tabbed dividers." See id.

Accordingly, Federal Defendants are hereby DIRECTED to submit forthwith the requisite courtesy copy of the above-referenced document.

**IT IS SO ORDERED.**

Dated: April 21, 2026

MAXINE M. CHESNEY
United States District Judge

[1] Federal Defendants are United States Department of Interior, Doug Burgum, Secretary of the Interior, the National Park Service, Jessica Bowron, Acting Director of the National Park Service, and David Szymanski, Regional Director, Pacific West Region.