**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOES 1-150, Individual Persons,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, et al.,<br><br>Defendants, | Case No. 3:25-cv-1115-MMC<br><br>[~~PROPOSED~~] **ORDER EXTENDING DEADLINE TO FILE REPLY MEMORANDA**<br><br>**Honorable Maxine M. Chesney** |

The parties have stipulated pursuant to N.D. Cal. L.R. 6-2(a), that all Defendants shall have until May 29, 2026 to file reply briefs in support of their respective motions to dismiss (Dkt Nos. 101, 102, and 103).  Good cause being shown, Defendants' reply briefs in support of their respective motions to dismiss shall be filed no later than May 29, 2026.

**IT IS SO ORDERED**

Dated: May 20, 2026

MAXINE M. CHESNEY
United States District Judge