United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOES 1-150, INDIVIDUAL PERSONS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, et al.,<br><br>Defendants. | Case No.  25-cv-01115-MMC<br><br>**ORDER VACATING HEARING ON DEFENDANTS' MOTIONS TO DISMISS** |

Before the Court are defendants' motions to dismiss.  Plaintiffs have filed opposition, to which defendants have replied.  Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matters appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for July 17, 2026.

**IT IS SO ORDERED.**

Dated: July 10, 2026

MAXINE M. CHESNEY
United States District Judge